UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff | ) | CASE NO. 5:07CR172 |
| -vs- | ) | |
| SANCOLE CAPRICE WILSON, | ) | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| Defendants | ) | |

The defendant, Sancole Caprice Wilson, was arraigned before Magistrate Judge Vecchiarelli on March 23, 2007. The defendant entered a plea of not guilty to Counts 1 and 4 of an indictment filed charging violations of Title 21 U.S.C. §846 and 21 U.S.C.§846, 841(a)(1) and 841(b)(1)(B). The defendant remained in detention from an Order of Detention previously entered by Magistrate Judge Gallas on March 8, 2007[1].

On April 13, 2007, a Change of Plea hearing was held and the defendant withdrew his plea of not guilty and entered a plea of guilty to Counts 1 and 4 of the Indictment.

On April 17, 2007, defendant's counsel filed, under seal, "Motion To Modify Bond." On May 1, 2007, the Court held an in-chambers conference with all counsel and pretrial services officer, Steve Gyalai, present.

---

[1] A Complaint was filed and signed by Magistrate Judge Gallas on 2/22/07. An Initial Appearance was held on 2/22/07 and Preliminary and Detention hearings were held on 2/27/07. The Magistrate Judge determined probable cause existed and the case was bound over to the Grand Jury for further proceedings. The Magistrate Judge ordered the Defendant detained without bond and entered an Order of Detention on March 8, 2007 (ECF Doc. No. 5).

Upon agreement by the United States Attorney and counsel for the Defendant, with recommendations by the Pretrial Services Officer, the Court grants Defendant's motion to modify the defendant's conditions of release.

The Court orders that:

- The Defendant shall be placed on Home Incarceration with Electronic Monitoring. The defendant shall not be required to pay the cost of Electronic Monitoring;
- The Defendant shall reside at 2024 Loreena Avenue, Akron, OH 44313;
- The Defendant is subject to drug testing and treatment as deemed necessary by Pretrial Services;
- The Defendant shall refrain from the use of alcohol;
- The Defendant shall report to probation officer, Steve Gyalai, in the Akron Pretrial Services office on May 2, 2007 at 2:00 p.m.; and
- The Defendant shall abide by **all** the standards conditions of pretrial release and the additional conditions specified by this Court.

IT IS SO ORDERED.

Christopher A. Boyko
United States District Judge

May 2, 2007

FILED
MAY 2 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND